| | |
|---|---|
| 1 | BRIAN J. STRETCH (CABN 163973)<br>United States Attorney |
| 2 | |
| 3 | PHILIP GUENTERT (CABN 147374)<br>Acting Chief, Criminal Division |
| 4 | MICHELLE J. KANE (CABN 210579)<br>Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street, Suite 340S<br>Oakland, California 94612 |
| 7 | Telephone: (510) 637-3680<br>FAX: (510) 637-3724<br>michelle.kane@usdoj.gov |
| 8 | |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 11-00763 SBA |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
| | ) | CONTINUING STATUS CONFERENCE ON |
| v. | ) | SUPERVISED RELEASE VIOLATION FROM |
| | ) | AUGUST 10, 2016, TO SEPTEMBER 7, 2016. |
| YOHANNES HERALD, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant, Yohannes Herald, represented by Assistant Federal Public Defender John Paul Reichmuth, and the government, represented by AUSA Michelle J. Kane, respectfully request that the Court continue the status conference on defendant's supervised release violation, currently scheduled for August 10, 2016, to September 7, 2016, at 9:30 a.m. The reason for the continuance is that counsel for

//

STIPULATION AND [PROPOSED] ORDER
Case No. CR 11-00763 SBA

1  defendant is still reviewing the discovery provided by the Probation Office and the parties are discussing

2  a potential resolution. Defendant is in custody after being ordered detained on July 25, 2016. The

3  Probation Officer has agreed to the continuance to September 7, 2016.

4  IT IS SO STIPULATED.

5  DATED: August 10, 2016                               Respectfully submitted,

6                                                                               BRIAN J. STRETCH
                                                                                     United States Attorney

8                                                                               /s/
                                                                                     MICHELLE J. KANE
9                                                                               Assistant United States Attorney

11  DATED: August 10, 2016

13                                                                             /s/
                                                                                     JOHN PAUL REICHMUTH
                                                                                     Counsel for Defendant

15

16  IT IS SO ORDERED.

17

18  DATED: 8/9/16                                                      *Kandis Westmore* (signature)
                                                                                    HON. KANDIS A. WESTMORE
                                                                                    United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
Case No. CR 11-00763 SBA                           2